No. 09-9731. Yvett Smith, Petitioner v. Atlanta Postal Credit Union.

561 U.S. 1047, 131 S. Ct. 36, 177 L. Ed. 2d 1126, 2010 U.S. LEXIS 5555.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 912, 130 S. Ct. 3292, 176 L. Ed. 2d 1196, 2010 U.S. LEXIS 4053.